NUMBER
13-05-758-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

MAXIMO R. ALEMAN, ET AL.,                                  Appellants,

 

                                           v.

 

GE LIFE AND ANNUITY ASSURANCE CO., ET AL.,         Appellees.

___________________________________________________________________

 

                  On
appeal from the 319th District Court 

                            of
Nueces County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellants, MAXIMO R. ALEMAN, ET AL., attempted to
perfect an appeal from a judgment entered by the 319th District
Court of Nueces County, Texas, in cause number 04-117-G.  Judgment in this cause was signed on December 22, 2003.  No
timely motion for new trial was filed. 
Pursuant to Tex. R. App. P. 26.1, appellants= notice of appeal was
due on January 21, 2004, but was not filed until March
24, 2004.   Appellees have filed a
motion to dismiss the appeal.

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellants.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, appellants= failure to respond to
this Court=s notice, and
appellees= motion to dismiss the
appeal,  is of the opinion that the
appeal should be dismissed for want of jurisdiction.  Appellees= motion to dismiss the appeal is GRANTED, and the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion
delivered and filed 

this the 16th
day of February, 2006.